IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:19 CV00099

COMMSCOPE, INC.,

    Plaintiff,

v.

ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON,

    Defendants.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

CommScope, Inc., which is the Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (X) No

2. Does party have any parent corporations?

    (X) Yes      ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _CommScope Holding Company, Inc._

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (X) Yes      ( ) No

If yes, identify all such owners:  CommScope Holding Company, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes          (X) No

   If yes, identify entity and nature of interest:_____

5. Is the party a trade association?

   ( ) Yes          (X) No

6. If the case arises out of bankruptcy proceeding, identify any trustee and the members of any creditors' committee: Not applicable.

This 23rd day of July, 2019.

_____
Pearlynn G. Houck
N.C. Bar No. 36364
phouck@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone:   704.377.2536
Facsimile:   704.378.4000

Randall E. Kahnke*
randall.kahnke@FaegreBD.com
Tyler A. Young*
tyler.young@FaegreBD.com
Anna E. Sallstrom*
anna.sallstrom@FaegreBD.com
* *Pro Hac Vice* motions to be filed.

FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:   612.766.7614
Facsimile:   612.766.1600

***Attorneys for Plaintiff***

2