IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:19CV00099

| | |
|---|---|
| COMMSCOPE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON,<br><br>    Defendants. | MOTION FOR ADMISSION<br>*PRO HAC VICE*<br>and AFFIDAVIT |

    Pearlynn G. Houck ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Western District of North Carolina ("WDNC"), moves the admission *pro hac vice* of Randall E. Kahnke ("Applicant"), who seeks permission to represent Plaintiff CommScope, Inc. ("Client") in this case.

    By signing this motion, Local Counsel and Applicant certify that:

    1.    Applicant is a member in good standing of the bar of the highest court of the State where Applicant regularly practices law, which is Minnesota.

    2.    Applicant practices under the name of or as a member of the following firm:

Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

1

Telephone: (612) 766-7658
Facsimile: (612) 766-1600
randall.kahnke@FaegreBD.com

3. Applicant certifies that he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: U.S. Court of Appeals for the Second, Eighth, Ninth and Eleventh Circuits; U.S. District Court for the District of Minnesota

4. Applicant certifies he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if Applicant were a regularly-admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied based on the representations of Applicant supplied above that Applicant is qualified to practice before the Bar of the WDNC.

8. Because this case is being filed ex parte and under seal, counsel is not consulting counsel for Defendants regarding this application.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

2

By signing this motion, we so certify.

This the 23rd day of July, 2019.

_____  _____
**Local Counsel**  **Applicant**

Pearlynn G. Houck
N.C. Bar No. 36364
phouck@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone:  704.377.2536
Facsimile:   704.378.4000

Randall E. Kahnke
randall.kahnke@FaegreBD.com

FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  612.766.7614
Facsimile:   612.766.1600