IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-099-KDB-DCK *SEALED*

| | |
|---|---|
| COMMSCOPE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Pearlynn G. Houck, concerning Randall E. Kahnke on July 23, 2019. Randall E. Kahnke seeks to appear as counsel *pro hac vice* for Plaintiff CommScope, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Randall E. Kahnke is hereby admitted *pro hac vice* to represent Plaintiff CommScope, Inc.

**SO ORDERED**.

Signed: July 24, 2019

David C. Keesler
United States Magistrate Judge