IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-099-KDB-DCK *SEALED*

| | |
|---|---|
| COMMSCOPE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROSENBERGER TECHNOLOGY ) | |
| (KUNSHAN) CO. LTD., ) | |
| ROSENBERGER ASIA PACIFIC ) | |
| ELECTRONIC CO., LTD., ROSENBERGER ) | |
| SITE SOLUTIONS, LLC, ROSENBERGER ) | |
| TECHNOLOGY LLC, ROSENBERGER USA ) | |
| CORP., ROSENBERGER ) | |
| HOCHFREQUENZTECHNIK GMBH & CO. ) | |
| KG, JANET JAVIER, and ROBERT ) | |
| CAMERON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Pearlynn G. Houck, concerning Tyler A. Young on July 23, 2019. Tyler A. Young seeks to appear as counsel *pro hac vice* for Plaintiff CommScope, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Tyler A. Young is hereby admitted *pro hac vice* to represent Plaintiff CommScope, Inc.

**SO ORDERED**.

Signed: July 24, 2019

David C. Keesler
United States Magistrate Judge