IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-099-KDB-DCK  **SEALED**

| | |
|---|---|
| **COMMSCOPE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON,** | ) ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Electronic Access To Sealed Case" (Document No. 11) filed July 23, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Electronic Access To Sealed Case" (Document No. 11) is **GRANTED**.

Signed: July 26, 2019

_David C. Keesler_
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.