IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-099-KDB-DCK   **SEALED**

| | |
|---|---|
| COMMSCOPE, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion For Electronic Access To Sealed Case" (Document No. 20) filed December 16, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion For Electronic Access To Sealed Case" (Document No. 20) is **GRANTED**.

Signed: December 17, 2019

David C. Keesler
United States Magistrate Judge