IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No.: 5:19-cv-00099

| | |
|---|---|
| **COMMSCOPE, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD., ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD., ROSENBERGER SITE SOLUTIONS, LLC, ROSENBERGER TECHNOLOGY LLC, ROSENBERGER USA CORP., ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, JANET JAVIER, and ROBERT CAMERON,**<br><br>　　　　**Defendants.** | **MOTION TO UNSEAL DOCKET AND CERTAIN PLEADINGS (WITH CONSENT)** |

Plaintiff CommScope, Inc. ("CommScope"), by and through its counsel of record, moves the Court for an Order directing the Clerk to unseal the docket and certain pleadings previously filed under seal in this case. Defendants Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology LLC, Rosenberger USA Corp., Rosenberger North America Pennsauken, Inc., Rosenberger Site Solutions, LLC, and Rosenberger Hochfrequenztechnik GmbH & Co. KG (collectively, "Rosenberger") have been consulted and consent to this motion.

Because Rosenberger has indicated that it believes certain pleadings contain its confidential and/or sensitive information, CommScope seeks to keep certain documents under seal to allow Rosenberger to file a motion to seal portions of these documents consistent with

Local Civil Rule 6.1. CommScope also desires to file on the public docket a redacted version of the Complaint (ECF No. 2), the Motion for Ex Parte Seizure (ECF No. 8), the Affidavit of Bennett S. Cardwell in Support of Ex Parte Motion for Seizure (ECF No. 9), and the Declaration of Martin Zimmerman in Support of Ex Parte Motion for Seizure (ECF No. 10), which redacted versions are submitted to the Court along with this motion as Exhibits A-D.

The unredacted versions of these filings four filings, and these documents only, shall stay under seal pending a forthcoming motion to seal from the Rosenberger Defendants.

A chart setting forth the requested sealing and unsealing is as follows:

| DKT. NO. | DESCRIPTION | MARK "X" IN APPLICABLE COLUMN | |
|---|---|---|---|
| | | REMAIN SEALED | UNSEAL |
| 1 | Ex Parte Motion by CommScope, Inc. to File Case Under Seal | | X |
| 2 | Complaint Against All Defendants | X | |
| 3 | Corporate Disclosure Statement by CommScope, Inc. | | X |
| 4 | Summons Issued | | X |
| 5 | Motion for Leave to Appear Pro Hac Vice as to Randall Kahnke | | X |
| 6 | Motion for Leave to Appear Pro Hac Vice as to Tyler Young | | X |
| 7 | Motion for Leave to Appear Pro Hac Vice as to Anna Sallstrom | | X |
| 8 | Motion for Ex Parte Seizure by CommScope, Inc. | X | |
| 9 | Affidavit of Bennett S. Cardwell in Support of Ex Parte Motion for Seizure | X | |
| 10 | Declaration of Martin Zimmerman in Support of Ex Parte Motion for Seizure | X | |
| 11 | Motion for Electronic Access to Sealed Case | | X |
| 12 | Order Granting Pro Hac Vice Motion of Randall Kahnke | | X |

| 13 | Order Granting Pro Hac Vice Motion of Tyler Young | | X |
| --- | --- | --- | --- |
| 14 | Order Granting Pro Hac Vice Motion of Ann Sallstrom | | X |
| 15 | Ex Parte Amended Motion to File Case Under Seal by CommScope | | X |
| 16 | Ex Parte Order Granting Ex Parte Amended Motion to File Case Under Seal | | X |
| 17 | Order Granting Motion for Electronic Access | | X |
| 18 | Notice of Voluntary Dismissal Without Prejudice by CommScope | | X |
| 19 | Notice of Appearance by Robert Lauri Lindholm, Jr. | | X |
| 20 | Motion for Electronic Access to Sealed Case by Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Technology LLC | | X |
| 21 | Order Granting Motion for Electronic Access to Sealed Case | | X |

CommScope and Rosenberger have agreed to the Proposed Order, attached herewith, for the Court's convenience.

**WHEREFORE**, CommScope respectfully requests that the Court issue an Order directing the unsealing of the docket and certain related case documents as set forth in the above and in the attached Proposed Order.

This 6th day of April, 2020.

s/ Pearlynn G. Houck
Pearlynn G. Houck
N.C. Bar No. 36364
phouck@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Randall E. Kahnke*
randall.kahnke@faegredrinker.com
Tyler A. Young*
tyler.young@faegredrinker.com
Anna E. Sallstrom*
anna.sallstrom@faegredrinker.com
* *Pro Hac Vice* admission

FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:      612.766.7614
Facsimile:       612.766.1600

***Attorneys for Plaintiff***