# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00099-KDB-DCK *SEALED*

| | |
|---|---|
| COMMSCOPE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROSENBERGER TECHNOLOGY (KUNSHAN) CO. LTD.; ROSENBERGER ASIA PACIFIC ELECTRONIC CO., LTD.; ROSENBERGER SITE SOLUTIONS, LLC; JANET JAVIER; ROSENBERGER TECHNOLOGY LLC; ROBERT CAMERON; ROSENBERGER USA CORP.; ROSENBERGER HOCHFREQUENZTECHNIK GMBH & CO. KG, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff CommScope, Inc.'s ("CommScope") Consent Motion to Unseal Case (Doc. No. 23). For good cause shown and with the consent of the Defendants, the Court will **GRANT** the motion and direct the Clerk of Court to unseal the docket and certain pleadings previously filed under seal in this case as ordered below.

**NOW THEREFORE IT IS ORDERED THAT:**

The Clerk of Court is directed to remove the seal on this docket and to unseal all documents in the following list except ECF Nos. 2, 8, 9 and 10.

1

| DKT. NO. | DESCRIPTION | REMAIN SEALED | UNSEAL |
|---|---|---|---|
| 1 | Ex Parte Motion by CommScope, Inc. to File Case Under Seal | | X |
| 2 | Complaint Against All Defendants | X | |
| 3 | Corporate Disclosure Statement by CommScope, Inc. | | X |
| 4 | Summons Issued | | X |
| 5 | Motion for Leave to Appear Pro Hac Vice as to Randall Kahnke | | X |
| 6 | Motion for Leave to Appear Pro Hac Vice as to Tyler Young | | X |
| 7 | Motion for Leave to Appear Pro Hac Vice as to Anna Sallstrom | | X |
| 8 | Motion for Ex Parte Seizure by CommScope, Inc. | X | |
| 9 | Affidavit of Bennett S. Cardwell in Support of Ex Parte Motion for Seizure | X | |
| 10 | Declaration of Martin Zimmerman in Support of Ex Parte Motion for Seizure | X | |
| 11 | Motion for Electronic Access to Sealed Case | | X |
| 12 | Order Granting Pro Hac Vice Motion of Randall Kahnke | | X |
| 13 | Order Granting Pro Hac Vice Motion of Tyler Young | | X |
| 14 | Order Granting Pro Hac Vice Motion of Ann Sallstrom | | X |
| 15 | Ex Parte Amended Motion to File Case Under Seal by CommScope | | X |
| 16 | Ex Parte Order Granting Ex Parte Amended Motion to File Case Under Seal | | X |
| 17 | Order Granting Motion for Electronic Access | | X |
| 18 | Notice of Voluntary Dismissal Without Prejudice by CommScope | | X |
| 19 | Notice of Appearance by Robert Lauri Lindholm, Jr. | | X |

| 20 | Motion for Electronic Access to Sealed Case by Rosenberger Asia Pacific Electronic Co., Ltd., Rosenberger Technology (Kunshan) Co. Ltd., Rosenberger Technology LLC | | X |
| 21 | Order Granting Motion for Electronic Access to Sealed Case | | X |

Further, CommScope is ordered to file on the public docket the redacted versions of the Complaint (ECF No. 2), Motion for Ex Parte Seizure (ECF No. 8), Affidavit of Bennett S. Cardwell in Support of Ex Parte Motion for Seizure (ECF No. 9) and Declaration of Martin Zimmerman in Support of Ex Parte Motion for Seizure (ECF No. 10) which were submitted to the Court with its motion (Doc. No. 24). The redacted portions of these filings, as well as the docket entries listed in the table above as remaining under seal, shall stay under seal pending a forthcoming motion to seal from one or more of the Defendants.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: April 7, 2020

Kenneth D. Bell
United States District Judge